IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CR-468-WKW |
| | ) | [WO] |
| LATRAIL MARCELLUS JACKSON | ) | |

## **ORDER**

Before the court is Defendant Latrail Marcellus Jackson's *pro se* motion for compassionate release (Doc. # 86), in which Mr. Jackson seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The Government has responded in opposition. (Doc. # 89.)

Mr. Jackson was convicted at trial on two counts of possessing with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). As a result of his conviction, Mr. Jackson was sentenced to 210 months' imprisonment. (Doc. # 58.) Mr. Jackson's projected release date is November 3, 2033. *See* https://www.bop. gov/inmateloc/ (last visited Dec. 30, 2020).

Based upon a thorough review of the record, Mr. Jackson has not shown "extraordinary and compelling reasons" warranting his early release from prison. 18 U.S.C. § 3582(c)(1)(A). He also has not demonstrated that the medical staff at his designated federal correctional institution is unable to provide him adequate medical care for his health conditions. *See* 18 U.S.C. § 3553(a)(2)(D); *see also United States*

*v. Sanchez*, No. 2:17CR337-MHT, 2020 WL 3013515, at *1 (M.D. Ala. June 4, 2020) (denying an inmate's motion for compassionate release in part based on the absence of evidence "that the prison is unable to meet [the inmate's] medical needs" (citing § 3553(a)(2)(D))).  Furthermore, the balancing of the § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Mr. Jackson's motion for compassionate release (Doc. # 86) is DENIED.

DONE this 7th day of January, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE